sion, First Department. December 19, 1913.) Action by Max Rubel against Lebolt & Co. H. R. Limburg, of New York City, for appellants. M. B. Blumenthal, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT, J., dissents.

In re RULE X OF APPELLATE DIVISION, FOURTH DEPARTMENT. (Supreme Court, Appellate Division, Fourth Department. November 19, 1913.) In the matter of the amendment of Rule X of Appellate Division, Fourth Department.

PER CURIAM. Rule X amended by striking out the words, "either in the record or with his brief," at the end of said rule, and inserting in lieu thereof the words "in the record."

RUMETSCH, Respondent, v. JOHN WANAMAKER, NEW YORK, Inc., Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Matilda Rumetsch against John Wanamaker, New York, Incorporated. No opinion. Motion to resettle order granted. See, also, 154 App. Div. 800, 139 N. Y. Supp. 385.

RUSSO et al. v. BRINA. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Appeal from Trial Term, New York County. Action by Giuseppe Russo and another against Ignazio Brina. From a judgment for plaintiffs, and an order denying a new trial, defendant appeals. Affirmed. Louis Levy, of New York City, for appellant. Mortimer M. Menken, of New York City, for respondents.

PER CURIAM. When defendant gave possession of the muniments of title to Andreis, he was guilty of conversion. Laverty v. Smethen, 68 N. Y. 522, 23 Am. Rep. 184. Judgment and order affirmed, with costs.

SADDIER, Respondent, v. HARMONY MILLS, Appellant. (Supreme Court, Appellate Division, Third Department. November 26, 1913.) Action by Wilfred Saddier, an infant, by Obeline Saddier, his guardian ad litem, against the Harmony Mills. No opinion. Motion denied. See, also, 143 N. Y. Supp. 1142.

SAILORS' SNUG HARBOR v. CARMODY, Atty. Gen. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by the Sailors' Snug Harbor against Thomas Carmody, Attorney General. No opinion. Motion granted; question certified; order filed. See, also, 144 N. Y. Supp. 24.

SAMMIS, Respondent, v. SUFFOLK GAS & ELECTRIC LIGHT CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Ethel M. Sammis, as administratrix, etc., of Victor M. Sammis, deceased, against the Suffolk Gas & Electric Light Company. No opinion. Judgment and order unanimously affirmed, with costs.

SARGENT, Respondent, v. DADIRRIAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Ernest S. Sargent against Dicran L. Dadirrian. No opinion. Order of the County Court of Westchester County modified, by striking out all requirements of the order appealed from, except subdivisions 6 and 13, and, as so modified, affirmed, without costs of this appeal to either party. Reargument denied, 144 N. Y. Supp. 1143.

SARGENT, Respondent, v. DADIRRIAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Action by Ernest S. Sargent against Dicran L. Dadirrian. No opinion. Motion for reargument (of 144 N. Y. Supp. 1143) denied, with $10 costs.

SAUERBRUNN v. HARTFORD LIFE INS. CO. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Henry Sauerbrunn against the Hartford Life Insurance Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 143 N. Y. Supp. 1099.

SAUL, Respondent, v. BARSE, Appellant. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Action by George W. Saul against Mills W. Barse. No opinion. Motion for reargument (of 158 App. Div. 560, 143 N. Y. Supp. 830) denied, with $10 costs.

In re SCARSDALE CO. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) In the matter of the application of the Scarsdale Company for an order directing the payment by the County Treasurer of Westchester County of money deposited to discharge a certain alleged mechanic's lien, etc. No opinion. Order affirmed, with $10 costs and disbursements.

SCHIECK, Respondent, v. McDEVITT, Appellant. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by August Schieck against Mary L. McDevitt. J. W. Bryant, of New York City, for appellant. A. P. Wagener, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SCHLEICHER, Appellant, v. JANDORF et al., Respondents. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by John Schleicher against Frederick Jandorf and others. Burnstine & Geist, of New York City, for appellant. E. P. Mowton, of New York City, for respondents.